IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:16-CV-795-FDW-DCK

| | |
|---|---|
| OAK LEAF LLC, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) **ORDER**<br>) |
| CRANE USA, INC., | )<br>)<br>) |
| Defendant, Counter-Plaintiff, | )<br>) |
| v. | )<br>)<br>) |
| XIAO LIU, | )<br>)<br>) |
| Third-Party Defendant. | )<br>)<br>) |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice*" (Document No. 7) filed by Benjamin F. Sidbury, concerning Dean A. Monco, on February 28, 2017. Mr. Dean A. Monco seeks to appear as counsel *pro hac vice* for Defendant, Counter-Plaintiff Crane USA, Inc. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice*" (Document No. 7) is **GRANTED.** Mr. Dean A. Monco is hereby admitted *pro hac vice* to represent Defendant, Counter-Plaintiff Crane USA, Inc.

**SO ORDERED**.

Signed: March 1, 2017

David C. Keesler
United States Magistrate Judge